LEWIS C. TROMBLY, as Administrator of the Estate of LOUISA WOOL, Deceased, Appellant, *v.* BENTON TURNER et al., Defendants.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Trombly* v. *Turner,* 116 App. Div. 74, affirmed.
(Argued October 8, 1908; decided October 23, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 23, 1907, which affirmed a judgment of Special Term directing the foreclosure of a mortgage, but excluding certain lands from the lien of the mortgage.

*C. J. Vert* for appellant.

*William S. Jackson, Attorney-General (George P. Decker* of counsel), for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

WALTER J. SALOMON, Respondent, *v.* WILLIAM SPERB, JR., Appellant.

*Salomon* v. *Sperb,* 120 App. Div. 875, affirmed.
(Submitted October 8, 1908; decided October 23, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 19, 1907, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to enforce a covenant against building on a certain plot of land.

*C. N. Bovee* for appellant.

*William Allan Hoar* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.